```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SPIN MASTER LTD, et al.,                                    :
                                                            :
                              Plaintiffs,                   :
                                                            :            17-cv-5845 (VSB)
              -against-                                     :
                                                            :                 ORDER
FASHION YOUR MEN, et al.                                    :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It is hereby:

ORDERED that Plaintiffs and Defendant Fashion Your Men submit a joint status update no later than September 30, 2020, updating the Court on the status of the satisfaction of judgment as described in Plaintiffs' July 13, 2020 letter (Doc. 70).

IT IS FURTHER ORDERED that the parties submit joint status updates every sixty (60) days thereafter.

SO ORDERED.

Dated: September 17, 2020
       New York, New York

Vernon S. Broderick
United States District Judge