```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SPIN MASTER, INC. AND SPIN                                  :
MASTER LTD.,                                                :
                                                            :
                            Plaintiffs,                     :   17-cv-5845 (VSB)
                                                            :
             -against-                                      :       ORDER
                                                            :
AMY & BENTON TOYS AND GIFTS CO.,                            :
LTD, et al.                                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 6, 2019, I granted in part and denied in part Plaintiffs' motion for summary judgment in this case, awarding $50,000 in statutory damages from each of the forty-seven (47) remaining Defendants. (Doc. 57.) On April 8, 2019, I exercised this Court's inherent equitable powers to issue an asset transfer order, and directed Plaintiffs to submit periodic status updates advising me of Plaintiffs' recovery of the Individual Damages Awards. (Doc. 67.) Plaintiffs have submitted several such status updates. (*See* Docs. 68–70.) On December 3, 2020, Plaintiffs submitted a proposed full satisfaction of judgment from Individual Defendant Fashion Your Men, (Doc. 74), which was entered the next day, (Doc. 75.) Accordingly, it is hereby:

ORDERED that Plaintiffs shall file a proposed judgment on or before January 7, 2021, based on my summary judgment order at Doc. 57. This proposed judgment should detail the outstanding obligations of each remaining Individual Defendant.

SO ORDERED.

Dated: December 9, 2020
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge