```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SPIN MASTER, INC. AND SPIN MASTER                            :
LTD.,                                                        :
                                                             :
                              Plaintiffs,                    :         17-cv-5845 (VSB)
                                                             :
              -against-                                      :              ORDER
                                                             :
AMY & BENTON TOYS AND GIFTS CO.,                             :
LTD, et al.                                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*_____
*DATE FILED:* __1/11/2021__

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 9, 2020, I ordered Plaintiffs to submit a proposed judgment on or before January 7, 2021, detailing the outstanding obligations of each remaining Individual Defendant in this case. (Doc. 76.) On January 8, 2021, Plaintiffs filed a proposed judgment. (Doc. 77.) Contrary to my previous order, this proposed judgment does not detail each Defendant's remaining outstanding obligations. For example, the proposed judgment does not acknowledge that Plaintiffs have received partial payment from several Individual Defendants, (Doc. 68), and have received full satisfaction of judgment from at least one Defendant, (Doc. 75.) Accordingly, it is hereby:

ORDERED that Plaintiffs shall file a revised proposed judgment on or before January 29, 2021, that indicates the outstanding obligations of each Individual Defendant based on how much each Defendant has paid out of its $50,000 obligation. The proposed judgment should also indicate which Defendants have satisfied their obligation in full.

SO ORDERED.

Dated: January 11, 2021
     New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge